UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

DONALD G. MOSKOVITZ
                                                           : Bankruptcy No. 17-12451JKF
        Debtor(s)                          : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: April 4, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL S SCHWARTZ ESQ
707 LAKESIDE OFFICE PARK
STREET & STUMP ROADS
SOUTHAMPTON PA 18966-

DONALD G. MOSKOVITZ
1050 VILLAGE DRIVE
CROYDON,PA.19021