United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-12451-jkf
Donald G. Moskovitz                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Apr 04, 2018
                             Form ID: pdf900          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
```
db             +Donald G. Moskovitz,    1050 Village Drive,    Croydon, PA 19021-5607
13897153        Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
13897155       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13897154       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13897156       +Bristol Township Tax Collector,    2501 Bath Road,    Bristol, PA 19007-2150
13897157       +Cap1/boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13897158       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13928323        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13956222        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13897159       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13897160       +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13897161       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13899159       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
13897162       +Comenitycapital/bjsclb,    Po Box 182120,    Columbus, OH 43218-2120
13897164       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13897165       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
13912930       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13897167       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13947431        LOWER BUCKS PHYSICIANS ASSOCIATES,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                 KNOXVILLE,TN 37950-0250
13897170        Linebarger Goggan Blair and Sampson,    4 Penn Center,    1600 JKF Blvd., Suite 910,
                 Philadelphia, PA 19103
13897171        Lower Bucks Hospital,    Payment Processing,    PO Box 53681,    Pittsburgh, PA 15253-5905
13897172       +Medical Data Systems I,    2150 15th Ave,    Vero Beach, FL 32960-3436
13897174       +Powers Kirn and Assoc,    Eight Neshaminy Interplex,    Suite 215,    Trevose, PA 19053-6980
13897175       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
13897177       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13897178       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13897184       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
13897183       +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT    P.O. Box 9475,
                 Minneapolis, MN 55440-9475
13945147       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
13897185       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13897187       +Wells Fargo Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13897188       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13919324        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13982632        Wells Fargo Bank, N.A., as Servicer,    Default Document Processing N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
13920255        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13990710       +E-mail/Text: bncmail@w-legal.com Apr 05 2018 01:55:24     CERASTES, LLC,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13908911        E-mail/Text: mrdiscen@discover.com Apr 05 2018 01:54:52     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13897163       +E-mail/Text: mrdiscen@discover.com Apr 05 2018 01:54:52     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13897166       +E-mail/Text: collectionbankruptcies.bancorp@53.com Apr 05 2018 01:55:50     Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13897168        E-mail/Text: cio.bncmail@irs.gov Apr 05 2018 01:54:56     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13897169       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2018 01:54:53     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13984254       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 05 2018 01:55:16     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13897173       +E-mail/Text: Bankruptcies@nragroup.com Apr 05 2018 01:55:55     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
```

```
District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Apr 04, 2018
                             Form ID: pdf900          Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13957597         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:52:58
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13899861         E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2018 01:54:59
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13897176         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:56     Sams Club / GEMB,
                  Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13897179         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:54:20      Syncb/dicks,   Po Box 965005,
                  Orlando, FL 32896-5005
13897180         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:56      Syncb/toysrus,   Po Box 965005,
                  Orlando, FL 32896-5005
13900235         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:53:39      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13897181         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:53:40      Synchrony Bank/JC Penny,
                  Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13897182         +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:53:01      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13958663         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2018 02:01:29     Verizon,
                  by American InfoSource LP as agent,   4515 N. Santa Fe Avenue,   Oklahoma City, OK 73118-7901
                                                                                       TOTAL: 20


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r                  Re/Max Services, Inc.
cr*              +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13897186*        ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court: Us Bank,   4325 17th Ave S,   Fargo, ND 58125)
                                                                         TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          KEVIN G. MCDONALD   on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Donald G. Moskovitz msbankruptcy@verizon.net
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DONALD G. MOSKOVITZ
                                                    : Bankruptcy No. 17-12451JKF
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

**Date: April 4, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL S SCHWARTZ ESQ
707 LAKESIDE OFFICE PARK
STREET & STUMP ROADS
SOUTHAMPTON PA 18966-

DONALD G. MOSKOVITZ
1050 VILLAGE DRIVE
CROYDON,PA.19021